# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Rabbitt, et al.

Defendant.

Case No.: 1:25−cr−00693

Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 16, 2026:

  MINUTE entry before the Honorable April M. Perry: Motion to withdraw as attorney [83] is granted. The Clerk is directed to terminate the appearance of Sheri H. Mecklenburg in this matter. There is no need for the parties to appear at the motion hearing scheduled for 2/19/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.